UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

        Hon.  George Caram Steeh

     Plaintiff,

        Case No. 13-CV-10476

v.

DARYL R. FORD,

     Defendant.

_____/

### *EX PARTE* ORDER EXTENDING SUMMONS

This matter having come before the Court on *ex parte* Motion of the Plaintiff, Robert D. Gordon, Receiver of Legisi Marketing, Inc., et al., ("Plaintiff"), and the court otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Plaintiff's motion is hereby GRANTED; and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 4(m), the time allowed for service of process on Defendant Daryl R. Ford shall be extended by ninety (90) days, to September 4, 2013.

        s/George Caram Steeh
        United States District Judge

Dated:  June 6, 2013

9123577.1 30711/122570